AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W. | USDC, District of Kansas | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2009<br>to<br>12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lungstrum, John W.

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | University of Kansas income for approved teaching | $4,161.73 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 05/01/09 - 05/04/09 | Washington, D.C. | Board of Directors Meetin | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Morgan Stanley Liquid Asset Fund (Money Mkt) | A | Dividend | J | T | Deps. & W/ds | | | | |
| 2. Tucson AZ Wtr Dist. (Bond) | A | Interest | K | T | Buy | 08/31/09 | K | | |
| 3. College Station TX School District (Bond) | A | Interest | K | T | Buy | 08/31/09 | K | | |
| 4. Johnson Cty, KS Water Dist | A | Interest | K | T | Buy | 06/15/09 | K | | |
| 5. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 6. Kansas State DOT (Bond) | A | Interest | | | Sold | 09/01/09 | K | A | |
| 7. Lawrence KS GO (Bond) | A | Interest | J | T | | | | | |
| 8. Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 9. Kansas St. Hwy Rev (Bond) | A | Interest | | | Sold | 09/01/09 | J | A | |
| 10. Derby GO (Bond) | B | Interest | K | T | | | | | |
| 11. Kansas St Dev U (Bond) | A | Interest | K | T | | | | | |
| 12. Johnson Co Pk & Rec (Bond) | A | Interest | J | T | | | | | |
| 13. Topeka KS GO (Bond) | A | Interest | | | Sold | 11/02/09 | K | A | |
| 14. Coffeyville Electric Utility (Bond) | A | Interest | J | T | | | | | |
| 15. Johnson Co Wtr Dist (Bond) | A | Interest | J | T | | | | | |
| 16. Cowley county USD (Bond) | A | Interest | K | T | | | | | |
| 17. EV Kansas Municipals (Mutual fund | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA | E | Interest | O | T | | | | | |
| 19. -MSDW Liq. Asset (Money market fund) | | | | | | | | | |
| 20. -MSDW Mid-Cap Growth FD (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 21. -Select Future Fund (Mutual Fund) | | | | | | | | | |
| 22. -MSDW Real Estate Fund (Mutual Fund) | | | | | | | | | |
| 23. -MSIF Small Cap Value Instl (Mutual Fund) | | | | | Sold (part) | 06/17/09 | J | A | |
| 24. -MSDW International Fund D (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 25. -Sempra Energy (Bond) | | | | | | | | | |
| 26. -General Motors Acceptance Corp. (Bond) | | | | | | | | | |
| 27. -May Dept. Stores Co. (Note) | | | | | | | | | |
| 28. -Lord Abbott Bond Deb C (Mutual Fund) | | | | | Buy | 06/16/09 | K | | |
| 29. -Financing Corp. Ser D (Treasury) | | | | | Redeemed | 08/03/09 | K | A | |
| 30. -MSDW S&P 500 Index (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 31. -Van Kampen Comstock I (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 32. -Fidelity Advisor Mid Cap A (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 33. -Ing Int'l Value A (Mutual Fund) | | | | | Sold | 02/02/09 | J | A | |
| 34. -Janus Mid Cap Value FD (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MSDW S&P 500 Index Fund B (Mutual Fund) | | | | | Sold | 06/16/09 | J | A | |
| 36. -Davis New York Venture A (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 37. -RS Partners Fund (Mutual Fund) | | | | | | 06/17/09 | J | A | |
| 38. -SBC Communications Inc. (Bond) | | | | | | | | | |
| 39. -MSDW Equally Weighted S&P 500 (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 40. -Oppenheimer Int'l Bond FD (Mutual Fund) | | | | | | | | | |
| 41. -MS Natural Resource (Mutual Fund) | | | | | Buy | 06/16/09 | J | | |
| 42. -EV Income Fund of Boston A (Mutual Fund | | | | | Sold | 06/17/09 | J | A | |
| 43. -Fidelity ADV DVRSFD Int'l A (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 44. -Forward Hoover Sm Cap Eqi Inv (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 45. -Virtus Real Estate Sec A fka Phoenix RE Sec A (mutual fund) | | | | | Sold | 06/17/09 | J | A | |
| 46. -MS Charter Graham (Mutual Fund) | | | | | | | | | |
| 47. -MS Charter Aspect L (Mutual Fund) | | | | | | | | | |
| 48. -MS Spectrum Tech (Mutual Fund) | | | | | | | | | |
| 49. -Hartford Cap Apprec A (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 50. -Lazard Emerging Markets I (Mutual Fund) | | | | | Sold | 06/17/09 | J | A | |
| 51. -MS Emerging Mkts Domestic Debt (Mutual Fund) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Van KMPN Dynamic CR OPP Fund (Mutual Fund) | | | | | | | | | |
| 53. -MSIF US Large Cap GR Port A (Mutual Fund) | | | | | Sold | 06/17/09 | K | A | |
| 54. -H&Q Healthcare Fd (Mutual Fund) | | | | | Buy | 06/17/09 | J | | |
| 55. -Blackrock US Opportunities (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 56. -Blackrock Equity Div (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 57. -EV Large Cap Value A (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 58. -Henderson Int'l Opportunities (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 59. -Ivy Large Cap Grw A (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 60. -Jennison Nat'l Resources A (Mutual Fund | | | | | Buy | 06/17/09 | K | | |
| 61. -Lazard Emerging Markets Open (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 62. -Nuveen Tradewinds Val Opp. A (Mutual Fund | | | | | Buy | 06/17/09 | K | | |
| 63. -Oppenheimer Gold & Spec Min A (Mutual Fund) | | | | | Buy | 06/17/09 | J | | |
| 64. -Thornburg Int'l Value A (Mutual Fund) | | | | | Buy | 06/17/09 | K | | |
| 65. -Van Kampen Small Cap Growth A (Mutual Fund) | | | | | Buy | 06/17/09 | J | | |
| 66. -Mainstay Large Cap Growth A(Mutual Fund) | | | | | Buy | 06/17/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

I have treated reinvestment programs as exempt because they merely represent a change in the form of the asset.

With regard to the IRA (line 18), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF                    UBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544